1  MELINDA HAAG (CABN 132612)
   United States Attorney

2  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division

3
4  MARC PRICE WOLF (CABN 254495)
   Special Assistant United States Attorney

5     450 Golden Gate Avenue, 11th Floor
      San Francisco, California 94102
6     Telephone:(415) 436-6809
      Fax:  (415) 436-7234
7     Email: marc.wolf@usdoj.gov

8  Attorneys for the United States of America

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12 
   UNITED STATES OF AMERICA,         )   CR No. 13-439 MAG
13                                   )
                                     )
14                                   )   STIPULATION AND [~~PROPOSED~~]
             v.                      )   ORDER TO MOVE TRIAL DATE AND
15                                   )   TO EXCLUDE TIME UNDER THE
   KELLY JOHNSON,                    )   SPEEDY TRIAL ACT
16                                   )
                                     )
17           Defendant.               )
                                     )
18 
        Trial in this case is currently set for August 19, 2013.  The government has a felony trial in
19 
   San Francisco that overlaps with this trial date.  The parties have met and conferred and hereby
20 
   stipulate to and request to move the trial to October 21, 2013. at 9:30 a.m.
21 
        Counsel for the defendant also requests that time be excluded under the Speedy Trial Act
22 
   between August 19, 2013 and October 21, 2013 to review the discovery, to conduct necessary
23 
   investigation, to prepare for trial and for continuity of counsel.  The government has no objection
24 
   to excluding time.
25 

26      IT IS SO STIPULATED:
27 
28 

Proposed Stipulation and Order
CR No. 13-439 MAG                     1

MELINDA HAAG
United States Attorney

DATED: 7/24/13

/s/
MARC PRICE WOLF
Special Assistant United States Attorney

DATED: 7/24/13

/s/
CANDIS MITCHELL
Attorney for Ms. Johnson

IT IS HEREBY ORDERED that the trial is moved to October 21, 2013. at 9:30 a.m.

FURTHER, based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between August 19, 2013 and October 21, 2013 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between August 19, 2013 and October 21, 2013 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between August 19, 2013 and October 21, 2013 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: July 26, 2013

Judge Nandor J. Vadas
United States District Court, Northern District of California